* Could we ~~do this case prior to the~~ ~~HHS inspector~~ Nick Schaivo has our evidence.

Case: 3:26-cv-00152-wmc   Document #: 1   Filed: 02/23/26   Page 1 of 5

# ATTACHMENT 1

# COMPLAINT FORM

(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

Charles & Paula PS Severson

vs

Case Number:

(Full name of defendant(s))

~~University of Wisconsin~~ ~~University~~
~~Health Savings~~
Nicholas Schaivo
Nick@SIFTUSA.com

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
(State)

   __1152 County Hwy H   Mt. Horeb, WI   53572__
   (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant ~~Micholas~~ (Nicholas) Schaivo
(Name)

is (if a person or private corporation) a citizen of   Wisconsin
(State, if known)

and (if a person) resides at   /
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for   Nick@SIFTUSA.com
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Nicholas Schaivo & Jerry ott (partner)
We paid them to do digital forensics for our case against UW, vHs. We paid them upon meeting at the library ($3000.00) We gave him all evidence we had, laptop, screen shots, my phone, all documents. I met w/ Nick a second time to get my phone back, he said he downloaded my entire phone (including personal data, passwords, back accounts, credit cards etc), I asked what it looked like he said, you have a lot of proof! After that I tried messaging & emailing, calling. Silent! He took all the evidence for our case already filed in Federal Court.

Attachment One (Complaint) – 2

Our lawyer said, no proof, no case (as far as digital)
I filed the case on the lawyers advise, its filed in the Western district Madison, WI.

There is a document, we sent our phones to another digital forensic firm, they found him (Nick, along with our other hackers in our phone account. (our lawyer said off the record" Nick was probably paid off by the UW Madison".

✱ As I mentioned w/ the case against UW Madison, They take all emails, read them (maybe) forward they delete what they want, most calls are sent to vm, they listen to them, then decide if we get them, Same with texts. I sent an email to T Radtke @ Madison Police dept.

✱ Nick was also discussed in the email, that day, he brought back my briefcase to Madison Police, minus All The Evidence! We have continued to contact to have Nick return our Evidence. (silent)

Nick doing this has cost us TWO! Law suits (ATT & UHS)

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

We Would appreciate money for $3000.00 plus what harm this has caused us (the UW case should have been over) us trying to find more proof, Nick was well aware of what we were going through, this is literally going to kill us, (I was in the ER last week 220/189, the MD stated, this is going to cause a heart attack, my husband has been 2x before this is my third) + could we please please ask that he also get some prison just to make sure he gets it.

3000 — owes
+ the harm he has cause money.
+ Federal time prison
+ Stay out of our phone account

Attachment One (Complaint) – 4

E.  **JURY DEMAND**

☐ Jury Demand - I want a jury to hear my case
OR
☑ Court Trial – I want a judge to hear my case

Dated this __19__ day of __February__ 20 __26__.

Respectfully Submitted,

_____
Signature of Plaintiff

__608-692-7498__
Plaintiff's Telephone Number

__Paula Soverson 7@icloud.com__ — Currently locked by hackers.
Plaintiff's Email Address

__1152 county hwy 1+__

__Mt. Horeb, WI 53572__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.