IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHARLES LEROY SEVERSON and
PAULA MARIE SEVERSON,

    Plaintiffs,                                          ORDER

    v.                                           Case No. 26-cv-152-wmc

NICHOLAS SCHAIVO,

    Defendant.

---

Plaintiffs Charles Leroy Severson and Paula Marie Severson have filed a civil complaint against Nicholas Schaivo. Plaintiffs seek to commence this lawsuit without prepaying the filing fee pursuant to 28 U.S.C. § 1915. Plaintiffs have filed separate affidavits of indigency, dkts. 2 and 3, but their affidavits contain the same information. The court has considered plaintiffs' total income, assets, and obligations, and finds that their financial situation does not warrant a finding of indigency. Although plaintiffs' total household income is only $2,220 a month "after deductions," their assets, including significant sums in checking and savings, are sufficient to pay the filing fee. Accordingly, plaintiffs must prepay the $405 fee to commence this action.

ORDER

IT IS ORDERED:

1. Plaintiffs' motions for leave to proceed without prepayment of the filing fee are DENIED. Plaintiffs Charles Leroy Severson and Paula Marie Severson may have until March 25, 2026, to pay the $405 fee to commence this action.

2. If plaintiffs fail to pay the fee by March 25, 2026, or fail to explain why they cannot pay the fee, then I will assume that plaintiffs wish to withdraw this action voluntarily.

In that event, the case will be dismissed without prejudice. If plaintiffs submit the filing fee within 30 days of dismissal, then the case will be reopened. The court will not reopen the case after 30 days unless plaintiffs show that they are entitled to relief under Fed. R. Civ. P. 60(b).

Entered this 25th day of February, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
Magistrate Judge